

FILED
SEP 22 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Theya Kanagaratnam
c/o 2316 Lakeshore Avenue, #16
Oakland, California
e-Mail: theyak101@yahoo.com
Phone: 510-356-5776

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Theya Kanagaratnam,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SELENE FINANCE<br><br>　　　　Defendant. | Case No. **4:25-cv-07833-YGR**<br><br>**NOTICE – ADDENDUM II**<br><br>**Judge: Honorable Yvonne Gonzalez Rogers** |

### Notice - Addendum II

To the Honorable Yvonne Gonzalez Rogers:

I, the Plaintiff, Theya Kanagaratnam accept your oath and I bind you to it.

Through this Notice under Exclusive Equity Jurisprudence, I, urgently bring this to your attention and request you take the necessary action without delay and prevent any further escalations and harm to myself, my loved ones, my neighbors and my estate:

On September 20, 2025, last Friday evening I found the attached Notice as shown in Exhibit A Posted on the front door of my home. This action was taken while trespassing into a close-knitted, gated community and disturbing mine and my loved ones Peace and that of my neighbors and it is continuing to cause further harm and heartache. This is a direct result of the action Defendant took under Color of Law on September 16, 2025 by stealing the home of this

Private citizen that was secured in a Private Trust and selling it in a Public Auction by Defendant's third-party agents.

As a Californian from Alameda County, I, Theya Kanagaratnam, assert my distinct identity outside the Federal Judicial District's scope in California. My authority is symbolized by the California Bear Flag, and my principles are anchored in my Creator's words– my God, and the unalienable rights my Creator has endowed upon me. Upholding Article 6 Section 3 of the U.S. Constitution, I recognize the oaths taken by court officers to defend both the Californian and U.S. Constitutions. This oath compels my right to constitutional civilian due process, safeguarding my life, liberty, and property as God-given rights. These are Rights and not some Privileges granted by the government "We the People…" created and given limited power to. As one of "We the People…", the Private Americans who are the beneficiaries of the Constitutional Trust and as a Private citizen, I'm not bound by the Trading with the Enemy Act, as modified in 1933. It is the court's paramount duty to protect my constitutional rights. My identity is self-declared, not defined by external legal interpretations.

- Equity regards the beneficiary as the true owner.
- Equity sees that as done what ought to be done.

I, Theya Kanagaratnam, the Plaintiff verify that the foregoing statements are true to the best of my knowledge, information, and belief.

Dated: September 22, 2025

By: _____
Theya Kanagaratnam
Beneficiary
Without Prejudice,
All Rights and Liberties Reserved.

1 | Your name: Theya Kanagaratnam
2 | Address: c/o 2316 Lakeshore Avenue #16
3 | Oakland, California
4 | Phone Number: 510-356-5776
5 | Fax Number:
6 | E-mail Address: theyak101@yahoo.com
7 | Pro Se  [Select one: Plaintiff or Defendant]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

[Select one location: San Francisco / Oakland / San Jose / Eureka]

Theya Kanagaratnam

Plaintiff(s),

vs.

SELENE FINANCE

Defendant(s).

Case Number: 4:25-CV-07833-YGR

Title of Document:

Exhibit A

By: Theya Kanagaratnam
Beneficiary
without Prejudice
All Rights and Liberties Reserved

TITLE OF DOCUMENT: _____   CASE NO.: _____

PAGE NO. ___ OF ___   [JDC TEMPLATE]

# KNOWING YOUR OPTIONS

## Important Notice to Occupants: Change in Ownership

**Property Address:** 2316 Lakeshore Ave #16 Oakland CA 94606
**Date of Notice:** September 19, 2025

**This property is now being serviced by Cenlar FSB. If you are living in this property, you have several options.** Cenlar FSB has engaged a real estate broker to make you aware of some options that may be available. Please review the information within this notice thoroughly and contact the real estate broker listed below immediately to advise of your intentions.

"If you are military services members on "active duty" or "active services," or a dependent of such a services member you may be entitled to certain legal protections pursuant to the Services members Civil Relief Act (50 USC App. §§ 501-596) (SCRA). If you believe that you may be eligible for such protection, please contact us at our office listed below, within 10 calendar days from the date of this posting."

**You have a right to a court hearing prior to eviction.** If you have questions regarding your rights, you should seek the advice of an attorney – find attorneys in your area at **www.findlegalhelp.org**

### Option 1: Rent This Property

If you are renting this property, you might have the right to continue living in the property under your existing lease or tenancy, or under applicable state law.

### Option 2: Relocate with Assistance

Renters and former borrowers might be eligible for financial relocation assistance, to help cover expenses associated with moving. To qualify, you must:

- Sign an agreement with Cenlar FSB to move out of the property
- Leave the property in broom-swept condition before you can receive payment

### Next Steps- Contact Information

Call the real estate broker listed below within 10 days to let us know if you wish to pursue either of the options described above or if you wish to purchase the property. If we do not hear from you within ten (10) days from the date of this notice, we will assume that you are not seeking any of these options, although failure to notify Cenlar FSB within ten (10) days will not result in a waiver of any of your rights.

If you communicate your desire to continue renting, a property manager will evaluate your lease options.

Rent payments due should no longer be sent to the previous owner and should instead be paid to the real estate broker listed below until you are contacted by a property manager.

**Real Estate Broker:** Tabia Berry – Corcoran Icon Properties
**Phone:** (510) 388-8847   **Email:** TabiaBerry@gmail.com

## Certificate Of Service

A copy of the above NOTICE in the Court of Equity under Exclusive Equity Jurisprudence was placed in the Mail via USPS on September 20, 2025 to the following Party:

**Selene Finance**
**C/O Robert Lay- CFO or Authorized Agent**
**3501 Olympus Boulevard, Suite 500**
**Dallas (Coppell), Texas 75019**

Dated: 09/22/2025

By: _[signature]_
Theya Kanagaratnam
Beneficiary
Without Prejudice,
All Rights and Liberties Reserved.