Theya Kanagaratnam
c/o 2316 Lakeshore Avenue, #16
Oakland, California
e-Mail: theyak101@yahoo.com
Phone: 510-356-5776

**FILED**
SEP 29 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

Theya Kanagaratnam,

    Plaintiff,

vs.

SELENE FINANCE

    Defendant.

Case No. **4:25-cv-07833-YGR**

**NOTICE – ADDENDUM III -NOTICE AND NOTICE OF INQUIRY**

Judge: Honorable Yvonne Gonzalez Rogers

### Addendum III - Notice and Notice of Inquiry

To the Honorable Yvonne Gonzalez Rogers:

I, the Plaintiff, Theya Kanagaratnam accept your oath under the Original Constitution and I bind you to it.

Through this Notice under Exclusive Equity Jurisprudence, I, once again urgently bring this to your attention and request you take the necessary action without delay and prevent any further escalations and harm to myself, my loved ones, my neighbors and my estate:

On September 27, 2025, last Saturday evening around 6:30pm, a female and male rang my door. The female spoke saying she was the one who Posted the Notice that was included in Exhibit A of the filing on September 22, 2025 with this Court and that the Bank owns the Property and it offers to Pay me $500 dollars to move out. This kind of trespass and intrusion

into a close-knitted, gated community and disturbing mine and my loved ones Peace and that of my neighbors is not acceptable and a gross-violation of my god-given, fundamental rights. And it is continuing to cause further harm and heartache:

- I, re-iterate this is a direct result of the action Defendant carried-out under Color of Law on September 16, 2025 by stealing the home of this Private citizen that was secured in a Private Trust and selling it in a Public Auction.
- As per my initial filing, this matter needs to be settled urgently in Chambers under Exclusive Equity Jurisprudence because there is controversy over this subject matter here between equitable side and the legal side. My estate is being harmed and injured. And my life has been under constant threat, and I am in imminent danger of becoming homeless and that I have standing here.
- As stated, on September 11, 2025, Plaintiff issued the Notice of Liability tendering an assignment of credit by tendering the equitable asset, Promissory Note, to perform an equitable conversion to set-off, settle and discharge this matter and close the account with Selene Finance Account Number 2005026956 immediately without further delay. Defendant failed to do so, instead it had its agents steal my home that was in a Private Trust and sold it.
- Leading up to that Point, as stated in the September 18, 2025 filing, I Accepted and Returned all the offers, Presentments and Demands from Defendant Selene Finance with Account Number 2005026956 for settlement and closure by Assent and NOT by Consent, not to mention all other previous efforts to settle and close this matter since January 2023.
- The Acceptance of the Offers, Presentments and Demands are by assent and not consent and the return of them creates a liability on the Offerer (Defendant) to settle and close the Accounting. However, Defendant failed to do so and forged ahead with foreclosure proceedings.
- Defendant's actions under Color of Law are a gross-violation of my god-given and constitutional rights and that I do not consent to any loss of Assets.

- The structure of the Commercial, Admiralty, Maritime, Military Jurisdiction under Color of Law does not have just outcome.
- You, as the Judge, has the Authority to go outside those strict rules and bring justice by way of Equity. Therefore, You do not have to be bound by the strict rules of those Colorable Laws and You are to prefer Equity to that of the strict rules of Admiralty, Maritime, Military Jurisdiction in this matter.
- Does your record reflect that on September 11, 2025, Plaintiff issued the Notice of Liability tendering an assignment of credit by tendering the equitable asset, Promissory Note, to perform an equitable conversion to set-off, settle and discharge this matter and close the account with Selene Finance Account Number 2005026956 immediately without further delay. Defendant failed to do so, instead it had its agents steal my home that in a Private Trust and sold it.
- Does your record reflect leading up to that Point, as stated in the September 18, 2025 filing, I Accepted and Returned all the offers, Presentments and Demands from Selene Finance with Account Number 2005026956 for settlement and closure in this matter by Assent and not by Consent. However, Defendant failed to do so and forged ahead with foreclosure proceedings?
- Does your record reflect that I made multiple attempts since January 2023 to Settle Selene Finance Account Number 2005026956 and close this matter and that the Defendant refused to do so? A huge box-full of evidence of all attempts Since January 2023 can be supplied to this court if required.
- Does your record reflect that Defendant's Actions are under Color of Law and that I do not consent to any loss of assets.
- Does your record reflect that Defendant's Actions have caused me and my loved ones unspeakable harm and are continuing to do so to this day?
- Does your record reflect that your in-action and or lack of action/silence since this filing of my Bill In Equity in Court of Equity under Exclusive Equity Jurisprudence is contributing to the distress and harm and that You do not have to be bound by the strict

Bill In Equity In Court Of Equity                - 3 -

rules of the Colorable Laws and that You are to prefer Equity to that of Admiralty, Maritime, Military Jurisdiction in this matter?

- Therefore, Judge, does your record reflect that you do not have to be bound by the strict rules of those Colorable Laws and You are to prefer Equity to that of the strict rules of Admiralty, Maritime, Military Jurisdiction?

As a Beneficiary private civilian of the United States and national of the union member state of California, privately residing privately domiciling within a non- military occupied private area not subject to the jurisdiction of the military municipal "Laws of the United States" mode, process and procedure, I, Theya Kanagaratnam, once again assert my distinct identity outside the Federal Judicial District's scope in California. Upholding Article 6 Section 3 of the U.S. Constitution, I recognize the oaths taken by court officers to defend both the Californian and U.S. Constitutions. This oath compels my right to constitutional civilian due process, safeguarding my life, liberty, and property as God-given rights. I'm not bound by the Trading with the Enemy Act, as modified in 1933. It is the court's paramount duty to protect my constitutional rights. My identity is self-declared, not defined by external legal interpretations, and I choose to reserve further comments.

- Equity regards the beneficiary as the true owner.
- Equity sees that as done what ought to be done.
- **Equity will not suffer a wrong to be without a remedy**

I, Theya Kanagaratnam, the Plaintiff verify that the foregoing statements are true to the best of my knowledge, information, and belief.

Dated: <u>September 29, 2025</u>

By: _____
Theya Kanagaratnam
Beneficiary
Without Prejudice,
All Rights and Liberties Reserved.

## Certificate Of Service

A copy of the above NOTICE in the Court of Equity under Exclusive Equity Jurisprudence was placed in the Mail via USPS on September 29, 2025 to the following Party:

**Selene Finance**
**C/O Robert Lay- CFO or Authorized Agent**
**3501 Olympus Boulevard, Suite 500**
**Dallas (Coppell), Texas 75019**

Dated: 09/29/2025

By: _____
Theya Kanagaratnam
Beneficiary
Without Prejudice,
All Rights and Liberties Reserved.