WRIGHT, FINLAY & ZAK, LLP
Kathy Shakibi, Esq., SBN 237182
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Tel: (949) 477-5050
Email: kshakibi@wrightlegal.net

Attorneys for Defendant,
Selene Finance LP
erroneously named herein as
Selene Finance

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND COURTHOUSE**

| | |
|---|---|
| THEYA KANAGARATNAM,<br>Plaintiff,<br>vs.<br><br>SELENE FINANCE,<br>Defendant. | **Case No.:** 4:25-CV-07833-YGR<br><br>*Assigned to Hon. Yvonne Gonzalez Rogers*<br><br>**DEFENDANT'S CERTIFICATION OF CONFLICTS, INTERESTED ENTITIES AND PERSONS, AND CITIZENSHIP**<br><br>Complaint filed on: 9-15-2025 |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15, Defendant, Selene Finance LP, *erroneously named herein as*, Selene Finance, through undersigned counsel, makes the following disclosure statements:

Selene Finance LP ("Selene"), is a Delaware Limited Partnership. Selene's sole general partner is Selene Ventures GP LLC, a Delaware Limited Liability Company. Selene's sole limited partner is Selene Ventures LLC, a Delaware Limited Liability Company. No publicly held corporation owns 10% or more of Selene.

Selene Ventures LLC, a Delaware Limited Liability Company, is wholly owned by Selene Holdings LLC, which is wholly owned by Mortgage Solutions Holdings, LLC, which is wholly owned by Pretium Partners, LLC.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict of interest (other than the named parties) to report.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no individual or entity whose citizenship is attributed to the party submitting this certification.

Respectfully submitted,

WRIGHT, FINLAY & ZAK, LLP

Dated: November 7, 2025

By: *<u>/s/ Kathy Shakibi</u>*
Kathy Shakibi,
Attorneys for Defendant,
Selene Finance LP
*erroneously named herein as* Selene Finance

# PROOF OF SERVICE

I, Adriana Barrett, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 200, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

On November 7, 2025, I served the within **DEFENDANT'S CERTIFICATION OF CONFLICTS, INTERESTED ENTITIES AND PERSONS, AND CITIZENSHIP** on all interested parties in this action as follows:

[X] by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s) addressed as follows:

Theya Kanagaratnam
2316 Lakeshore Ave, 16
Oakland, CA 94606
*Plaintiff pro per*

**[X]** **(BY MAIL SERVICE)** I placed such envelope(s) for collection to be mailed on this date following ordinary business practices.

[ ] (BY ELECTRONIC SERVICE) Based on an agreement of the parties to accept service electronically, I caused the document(s) to be transmitted electronically to the e-mail address(es) indicated herein. To the best of my knowledge, the transmission was reported as complete, and no error was reported that the electronic transmission was not completed.

[ ] (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(b)(2)(E). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(b)(2)(E). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

**[X]** **(FEDERAL)** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 7, 2025, at Newport Beach, California.

*Adriana Barrett*

Adriana Barrett