FILED
NOV 24 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Theya Kanagaratnam
c/o 2316 Lakeshore Avenue, #16
Oakland, California
e-Mail: theyak101@yahoo.com
Phone: 510-356-5776

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

Theya Kanagaratnam,
Plaintiff,
vs.
Selene Finance LP
Defendant.

Case No. **4:25-cv-07833-YGR**

OPPOSTION TO DEFENDANT'S MOTION TO DISMISS

**Judge: Honorable Yvonne Gonzalez Rogers**

To the Honorable Judge of Said Court:

I, The Plaintiff, Theya Kanagaratnam (aka Theya Prakashini Kanagaratnam), a sentient, moral being of flesh and blood, a National of the union member state of California, inhabiting in my private dwelling within a non-military occupied private area not subject to the jurisdiction of the military municipal "Laws of the United States", process, procedure, statues and codes, make this Special Appearance under Exclusive Equity Jurisprudence and state that the Motion to Dismiss filed by the Defendant should be denied immediately because **there is a Trust that has authority over this subject matter and that Equity regards the beneficiary as the true owner.**

**Opposition To Motion To Dismiss and Why It Should be Denied**

Having stated the above, Defendant's Motion to Dismiss must also be denied for the following reasons:

1. Defendant's defense of Res Judicata does not apply in this Bill In Equity case in Court of Equity under Exclusive Equity Jurisprudence; that's the Jurisdiction under which this Bill In Equity case has been brought from day one, anything else filed in the past were filed in the wrong Jurisdictions, appropriate measures have been taken to nullify those filings:

   - Equity remedies errors (Time Travel)
   - Equity will not suffer a wrong to be without a remedy
   - Equity will not allow a statute to be used as a cloak for fraud: "Courts of equity, independently of any statute, will relieve against fraud, if proceedings are seasonably brought after its discovery. Indeed, to use the language of Lord Cottenham, a court of equity will wrest property fraudulently acquired, not only from the perpetrator of the fraud, but 'from his children and his children's children, or, as was said in another English case, 'from any person to whom he may have parceled out the fruits of his fraud.'" Citizens Bank v. Leffler, 228 Md. 262, 269 (Md. 1962).

   The Res Judicata defense by the Defendant further underlines the controversy, and it necessitates that this matter be settled in Chambers because there is controversy over this subject matter here between equitable side and the legal side. The conflict is equitable rights are not cognizable at Law. I, Theya Kanagaratnam, grantor/beneficiary of a trust that has been established. Private trust is a special matter and due to exigent circumstances, I am invoking a court of inherent equity to protect the interests of a private trust that cannot be seen by a court at-law.; when there is a conflict between the rules of Law and the rules of equity over the same subject matter then the rules of equity shall prevail. Defendant's Motion to Dismiss and its actions to date are damaging my rights to possession, title and interest in a private trust that only inherent equity has the sole exclusive jurisdiction to see. Continuing proceedings under any other jurisdiction

other than Exclusive Equity Jurisprudence will irreparably harm the holder of right, title and interest not cognizable by a court at law; I know who the beneficiary of the private trust is and it's not anyone that the Colorable, Admiralty, Maritime, Military Jurisdiction can see. Is anyone here disclaiming the Trust? Does the Military Jurisdiction court have authority over a Private Trust? For the record, that court would lack authority over the Trust. As the record shows: There is a private trust in which an individual, not cognizable by the colorable Military Jurisdiction, has rights to property, title, and other interests. Attempting to continue this case under that Military Jurisdiction would threaten to irreparably damage the rights of a beneficial interest holder in the private. Further, this Defendant's Res Judicata defense is purely based on cases cited in its filing that do not exist - Superior Court of California case number 24CV061740 and Chapter 7 case number 24-40209 that were filed under the wrong colorable law of Commercial Admiralty, Maritime, Military Jurisdiction – wrong Jurisdiction for this Private National of the union member state of California. Once I started to recognize this mistake, I used my Equitable Right of Rescission and rescinded both cases in its entirety and repented my sin. Further, as described in Black's law dictionary: "A **"rescission"** amounts to the unmaking of a contract, or an undoing of it from the beginning, and not merely a termination, and it may be effected by mutual agreement of parties, or by **one of the parties declaring rescission of contract without consent of other** if a legally sufficient ground therefor exists." Further, please refer to the Exhibit A for details of the Notices that were sent to both of these courts to address any objections they may have regarding the rescission and that I will be sure to update this court further on this matter should I ever hear back from them.

2. Defendants defense of failure to state a claim upon which relief can be granted due to the nature of Defendant's defense under colorable law in the military jurisdiction, equitable rights are not cognizable in Defendant's defense, and therefore presents a conflict or variance of Law. It also undermines that this case in Bill In Equity in a Court

of Equity under Exclusive Equity Jurisprudence because when there is a conflict between the rules of Law and the rules of equity over the same subject matter, then the rules of equity shall prevail.

In the Defendant's Request for Judicial Notice In Support of Motion To Dismiss Complaint, it has a table with long list of Exhibits.

3. In that list, Exhibit 3 and Exhibit 4 that were recorded with the Alameda County Recorder's Office on April 5, 2025 with Instrument Numbers 2023038301 and 2023038302 respectively are both robo-signed documents.

**Robo-signing** is the illegal mass-production of fraudulent legal documents, where signers falsely swear they have personal knowledge of the facts, for example, in a mortgage file to speed up foreclosure proceedings. And to further elaborate on **Robo-signing** "Imagine a factory assembly line. Instead of car parts, this line produces legal documents needed to foreclose on a home. At the end of the line, a single person sits with a mountain of paperwork and a pen. Their job is to sign hundreds, sometimes thousands, of documents a day. They don't read the documents. They don't check the numbers. They don't even know if the information is correct. They just sign, again and again, like a robot. This, in a nutshell, is robo-signing."

There is no single federal "Robo-Signing Act." Instead, this practice violates a host of long-standing state and federal laws that form the bedrock of the legal system:

a. **Federal rules of civil procedure** have strict requirements for evidence submitted to a court. Documents based on fraud and falsehood, like robo-signed affidavits and documents, are inadmissible and taint the entire legal proceeding.

b. **Perjury and False Swearing:**. When a robo-signer signs an affidavit or document claiming personal knowledge of a loan file they've never seen, they

are committing a form of perjury. They are lying to the court.

c. **Notary Laws:** A `notary_public` serves as an impartial witness to a signature. Their stamp, or "notarization," attests that the person signing the document appeared before them, proved their identity, and swore to the truth of the document. Robo-signing operations frequently involve fraudulent notarizations, where notaries would stamp stacks of documents without the signer present, a clear violation of state law.

d. **Federal Oversight and Settlements:** About a decade ago, the sheer scale of this fraud eventually triggered a massive federal and state response. The most significant outcome was the **national_mortgage_settlement_of_2012**. This was a $25 billion agreement between the federal government, 49 state attorneys general, and the five largest mortgage servicers (including Bank of America, Wells Fargo, and JPMorgan Chase). The settlement provided some relief to homeowners and required the banks to reform their servicing and foreclosure practices. However, I can tell first-hand banks have not reformed and still carrying on with this fraud; I am a victim of this fraud as we speak.

4. In Defendants Exhibit 3 with Instrument Number 2023038301, ASSIGNMENT OF DEED OF TRUST identified by Alameda County Recorder's office Instrument Number 2013215140 claims Mortgage Electronic Registration System, Inc (MERS) as the beneficiary, and it had the Standing to grant, assign and transfer the Deed of Trust identified by Instrument Number 2013215140 and MERS **MIN:**

**100039033123590196** (Note – the MIN is blacked out on Exhibit 3). However, MERS had put the alleged loan with **MIN:100039033123590196** in Inactive Status several months prior when prior Servicer Nationsstar Mortgage terminated being the Servicer and moved it out of the MERS System on September 1, 2022 (Exhibit B). MERS cannot continue to be and still claimed to be the Beneficiary on January 13, 2023 as shown in Exhibit 3 when this alleged loan had been moved out of the MERS system on September 1, 2022, and this alleged loan with MERS **MIN: 100039033123590196** has been subsequently put into Inactive Status. I checked MERS official database, the first-time ever on November 15, 2022, it was already in Inactive Status. then on December 29, 2022, also on March 13, 2023 (Exhibit C) therefore, MERS had no standing on January 13, 2023, at the time when it still purported to have been the beneficiary and supposedly MERS made this assignment. MERS has strict requirements for it to be designated as the beneficiary. The Lender or Servicer or somebody related to this alleged loan has to be a registered member as per MERS's rule book and its governing documents. Neither Defendant, the Servicer nor its Principal U.S. Bank Trust National Association was ever a registered member of MERS. The chain of title of the Deed of Trust was broken when this alleged loan with MERS **MIN:100039033123590196** was moved out of the MERS System on September 01, 2022 and put into Inactive Status.

Therefore, this renders the assignment of the Deed of Trust to Federal National Mortgage Association identified by Alameda County Recorder's office instrument number 2013215140 defective, invalid and unenforceable. Therefore, Federal National Mortgage Association had no standing to then make an Assignment of the Deed of

Trust on March 15, 2023, two months later, and grant, assign and transfer all beneficial Interest under that certain Deed of Trust, together with certain note(s) described therein with all interest, all liens, any rights due or become due thereon as it states on Exhibit 4 with instrument number 2023038302 to Defendant Selene Finance LP or to its Principal U.S. Bank Trust National Association. Therefore, Defendant its Principal never had any standing to be the beneficiaries; they were never the beneficiaries or had any beneficial interests in the Deed of Trust recorded in the Alameda County Recorder's Office as 2013215140. As shown in Exhibit 5 of Defendant's filing, they also never then had any standing to make MTC Financial Inc. dba Trustee Corps as the Trustee of that same Deed of Trust recorded in the Alameda County Recorder's office as 2013215140. Therefore, Trustee Corps was never the Trustee of the Deed of Trust recorded as 2013215140 with the Alameda County Recorders Office. Again, the chain of Title of this Deed of Trust was broken when it was moved out of the MERS system in September 01, 2022.

As Trustee Corps was never the Trustee of this Deed of Trust, as shown in Exhibit 6 and Exhibit 7 of Defendant's filing, Trustee Corps had no right or standing to then advertise the sale my home on the Public Domain and eventually stealing from my Private Trust and selling it in a Public Auction on September 16, 2025. Trustee Corps had no business selling a property claiming to be the Trustee of the Deed of Trust when, in fact, it never was the Trustee of it in the first-place. Therefore, the entire foreclosure process and the sale of that property, my home, is invalid and should be ruled by this court as null and void without further delay.

5. Furthermore, the signatories, witnesses and notaries of Exhibit 3 & Exhibit 4 of

Defendant's filing with instrument numbers 2023038301 and 2023038302 must be fully Investigated. I do not believe MERS was a party to this fraud; these are robo.signers and notaries perjuring themselves and were being put up to do so by the Defendant and its Principal for unjust enrichment. I also believe the dates on these instruments were fabricated and they were signed on the same day in late March, 2023, just a few days before they were sent to be recorded at the County.

The below provides some overall guidelines in determining Perpetration of Fraud by a Defendant because this Defendant has perpetrated equitable fraud and legal fraud:

**Fraud perpetrated by a defendant involves intentional deception to gain an unlawful benefit, typically through misrepresentation of material facts that the victim relies on, resulting in harm. This can lead to criminal charges or civil lawsuits depending on the nature of the fraud and the damages incurred.**

**Understanding Fraud Perpetrated by the Defendant**

**Definition of Fraud**

**Fraud is defined as intentional deception to deprive a victim of a legal right or to gain unlawfully. It can occur in both civil and criminal contexts.**

**Elements of Fraud**

**To establish that fraud has been perpetrated by a defendant, the following elements must typically be proven:**

1. **Misrepresentation of a Material Fact: The defendant must have made a false statement about an important fact.**

2. **Knowledge of Falsehood: The defendant knew that the statement was false or acted with reckless disregard for the truth.**

3. **Intent to Deceive: The defendant intended to deceive the victim to gain a benefit.**

4. **Reliance by the Victim: The victim relied on the false statement when making a decision.**

5. **Damages: The victim suffered actual harm or loss as a result of the fraud. Fraud can lead to severe penalties, including:**

1. **Criminal Charges: The defendant may face imprisonment, fines, or both.**

2. **Civil Liability: The victim may sue for damages, seeking compensation for losses incurred.**

6. When examining the Loan Modification Agreement (Exhibit D) along with MERS Milestone Report (Exhibit B) without a doubt, all of the above five elements can be clearly established and proven. **Number 1.:** Defendant and its Principal, at the time, they had prepared this Agreement and had me sign in front of a Notary on October 6, 2022, they knew full well, they were not Members of MERS. According MERS's rules and governance requirements, being a Member of MERS is a prerequisite for MERS to be listed on any Mortgage Loan Related Document as a beneficiary and the neither of them were members of MERS. This is a clear Misrepresentation of Material Fact.

**Number 2.:** Knowledge of falsehood, Defendant and its Principal knew full well neither of them were members of MERS, when it named MERS as the beneficiary and listed the already Inactive, Terminated **MIN: 100039033123590196** on its front page of the Loan Modification Agreement, they knew full well they were not speaking the Truth and that they were lying. Defendant and its Principal U.S. Bank Trust National Association knew full well designating MERS as the beneficiary in the Loan Modification Agreement when they knew full well it was a total fabrication that the statement was false and acted with reckless disregard for the Truth. **Number 3.:** This is an obvious clear intent to

deceive me to gain a benefit, namely to collect funds from me and or to steal my home through foreclosure which is what they have successfully done now on September 16, 2025, stealing my home out of my Private Trust where I had secured my home in and sold it in a Public Auction for their own unjust enrichment. They were then when they had me signed the Loan Modification Agreement on October 06, 2022 or had any intention of registering with MERS to become members at a future date because they never became members of it even though it had the Inactive, Terminated **MIN: 100039033123590196** on the front Page of the Agreement. If they had intention to register with MERS as members, they would have joined and reactivated that MIN in MERS.

**Number 4.:** Reliance by the victim – Yes, without a doubt, I relied on their false statements when signing the Loan Modification Agreement in front of a Notary on October 06, 2022. **Number 5. is also True,** I have suffered greatly as it has caused me and my family unspeakable harm and injury, emotionally, mentally, physically and financially from October of 2022 until now and still continuing because of the reckless, wanton, willful actions of the Defendant, its Principal and its Trustee. It has also now further put me in a predicament where I have not made the Home Owners Association (HOA) dues for the past two months nor have I been able to make a decision on the u upcoming Special Assessment for Major Repair Project slated to begin in January, 2026 (Exhibit E). This situation further endangering me and my family and is affecting my neighbors and having rippling effects on my entire close-knit community with twenty-two units. Further, this situation is affecting plans for the upcoming holiday season as I am unable to make a decision on inviting family for thanksgiving or other holidays or

travel plans to go abroad to visit some ailing family members and relations. I am in constant fear that some intruder might be knocking on my door any minute or the Sheriff's Office might be knocking on my door telling me and my family to vacate. This is the True reality and predicament of my life at this time as I have already been harassed and subjected strangers coming to my door first offering $500 and then $5000 to move out as well as posting notices on my door and attempting to post a gigantic sign on the outside wall of my home in my close-knit private community. All this is a direct result of the fraud perpetrated by Defendant & co. and the theft of my home in broad day light at the steps of the Rene C. Davidson Court House on September 16, 2025. Further, Defendant's actions are clear Breach of Peace, clear violation of my right to Quiet Enjoyment and my right to life, liberty and pursuit of happiness.

Therefore, Defendant has perpetrated both equitable fraud and legal fraud.

7. Defendant perpetrated equitable and legal fraud not only by falsifying the Loan Modification Agreement but also by the Deed of Trust recorded at Alameda County Recorder's office as 2013215140, for which Trustee Corps had been fraudulently put up and made by the Defendant and its Principal U.S. Bank Trust National Association to be Trustee of, and it had threatened me throughout 2024 to foreclose on my home by first scheduling to steal my home on February 16, 2024 and kept moving the goal post scheduling a new date every two months thereafter until February of 2025 and then did, indeed, steal my home on September 16, 2025 out of my Private Trust and sold in a Public Auction when it had no right or standing whatsoever to do so as established above. Further, If MERS was the real beneficiary as it stated on the Loan Modification Agreement, it would not have had the need to go through the trouble of

MERS purported to have assigned the Deed of Trust to another party supposedly on January 13, 2023 and that party then assigning it to Defendant and its Principal on March 15, 2023, two months later. Instead MERS could have directly assigned to them, if it was really the Beneficiary as stated in the Loan Modification Agreement.

8. Pages 5 and Page 6 of the Loan Modification Agreement also has all the hallmarks of robo.signing by an individual named Tonya Higginbotham, both the Vice President of Defendant or its Principal U.S. Bank Trust Association and Assistant Secretary of MERS but this Signatory had no knowledge that the entities she was Vice President of and Assistant Secretary of had zero business relationship and that the Defendant and its Principal did not meet the prerequisite / requirements to name MERS as the beneficiary as they were not registered Members of MERS, but MERS had been listed on Page 1, Page 3 as beneficiary and as nominee on Page 6. Another individual who must be investigated along with the Notary who aided in this falsification.

I firmly believe that Nationstar Mortgage dba Mr. Cooper, the previous Servicer either was paid off the entirety of this alleged loan by the government or insurance or both at the conclusion of the forbearance period during Covid lockdown and that's what subsequently, prompted it to terminate the servicing of it and had to change hands. And that is why they had to do a Loan Modification Agreement as well because previously when it changed hands as it did numerous times, there was no need for Loan Modification Agreement; it is another Banksters ploy of some sort.

I, hereby, invoke equitable tolling as I was not in possession of this knowledge previously, and I have only recently come to learn through non-stop, diligent, day-and-night research and study.

And I will not stop educating myself further on this and I have been going through so much learning, unlearning, and relearning, Yes there is so much unlearning and learning curve largely due to lack of full-disclosure and ignorance harvesting machines; however, one must dispel the ignorance even though this effort has become more than a full-time job.

Therefore, the below will shed more light on the twists and turns of this journey from late 2022 until now during which time I had two main concerns/objectives:

1. I wanted to stay in honor and settle and close the account. Therefore, I made numerous attempts to discharge this alleged debt.

2. I wanted to prevent the Defendant from stealing my home, my only-roof-over-my-head that I had lived in and cared for since December of 2002 and stop them from throwing me and my family to the streets.

I tendered a Bill of Exchange (BOE) instrument (a hired expert helped me prepare it, and I had minimal knowledge of it at that time) that was received by Defendant on February 6th, 2023 for settlement and closure of accounting. However, Defendant failed to carry out its fiduciary trustee duty and brought in its third-party substitute Trustee to foreclose on my home.

Because Defendant still forged ahead even after I tendered that BOE, I was searching for answers online and came across another consultant and hired him to help me with what he called a Forensic Audit and Administrative Process late 2023 which continued for six months or so. During this process upon the expert's direction, I informed the Defendant through a series of Notices that I would be tendering GSA bonds to settle this alleged loan and to close the accounting which I once again tendered in April of 2024.

Even though I pleaded with the Defendant in January 2024 (See Defendant's Exhibit J under Exhibit 8) to wait until the Forensic Audit / Administrative Process was complete before attempting to foreclose on my home; they still went ahead and scheduled it for February 16, 2024. Therefore, I was forced to file a case with the Superior Court of California for a

Temporary Restraining Order (TRO) on January 29, 2024. However, on February 14, 2024 the court denied my TRO filing.

Please take notice the court failed me on fateful day – The judge as an officer of the court, In accordance with Article 6, Section 3 of the Constitution, failed to uphold and defend the Constitutions of California and the United States of America denying the TRO. I must have received civilian due process, protecting my rights to life, liberty, and property. As a private American citizen, I was then and am not now subject to the Trading with the Enemy Act as amended by the Emergency Banking Relief Act of 1933. The court/judge must have protected my property and rights under the written constitutions.

Therefore, the very next day I was forced to then file Chapter 7 at the Bankruptcy court in order to prevent the Defendant from stealing my home, my only-roof-over-my-head, the next day and making myself and my family homeless. I still, however, continued with the Forensic Audit/Administrative Process by sending a series of Notices every few weeks which included:

1. Non-Negotiable Notice of Forensic Audit
2. Non-Negotiable Notice of Conditional Acceptance
3. Non-negotiable Notice of Rescission and Acceptance
4. Non-negotiable Notice of Fault and Opportunity To Cure
5. Non-negotiable Notice of 1099OID
6. Notice of Tendering of GSA Bonds to discharge, settle and close the Accounting
7. Notice of Estoppel By Bond
8. Non-Negotiable Notice of Tort
9. Non-Negotiable Notice of Default in Dishonor and Estoppel
10. Non-Negotiable Notice of Intent to file Tort

Even though I had a so-called expert helping and both the Superior Court Case and Bankruptcy were still open, the Defendant and his third-party Agent kept moving their target foreclosure date every two months just waiting on the side-lines for the Bankruptcy case to be over to be able to foreclose on my home. In the end, the Forensic Audit / Administrative Process turned out to be another wasted, very extensive process and expensive effort because, unbeknownst. To me at that time, it was being carried out under the Colorable Commercial, Admiralty, Maritime, Military Jurisdiction. Beng under constant threat of being thrown to the street and made

homeless created tremendous stress all throughout 2024 and better part of 2025 until I stumbled upon and started delving deeper into the Exclusive Equity Jurisprudence, literally about two months ago while I stumbled upon Equity Jurisprudence about a year ago.

At the time, I filed the case at Superior Court in Alameda County I did not know I was filing it under the wrong Jurisdiction under color of law in the Commercial Admiralty, Maritime, Military Jurisdiction. Also If I had brought the fraud perpetrated when I tried to get the TRO, I feel now, in retrospect, the chances are I might have gotten the TRO. Unfortunately, I did not detect this massive fraud on the Loan Modification Agreement until now. Nevertheless, the court failed me on that fateful day by not protecting my property and rights under the written constitutions, all because, unbeknownst to me at that time, that by default we fall into the colorable Commercial, Admiralty, Maritime, Military Jurisdiction as soon as we step into court and that I didn't explicitly invoke Exclusive Equity Jurisprudence.

At the same time to give more or less the full picture of all my effort up to this point, the following is a list of the numerous attempts I made to stay in honor, settle this matter and close the accounting, the only reason some of these were not recognized was because I was in the wrong Military Jurisdiction:

- On February 6, 2023, I tendered a Bill of Exchange Negotiable Instrument
- In April of 2024, I tendered GSA Bonds near the completion of the six month long Forensic Audit/Administrative Process
- For several months in 2025 following the knowledge I gained from delving deeper into Equity Passage, I went through every piece of Offer and Presentment I ever received from the Defendant from late 2022 when Defendant claimed to have become the Servicer of this alleged loan until September of 2025 and I Accepted and Returned by assent and not consent which constituted a liability on the Defendant to settle and close the Accounting
- **On September 11, 2025 I made a tender of assignment of credit of my equitable asset to perform an equitable conversion to settle and close this matter**
- On September 12, 2025 I tendered Special Deposit

Focusing on the Tender of Assignment of credit of my Equitable Asset evidence which has been

supplied to this court with the initial filing, does this court or the honorable judge not recognize my equitable asset with my signature, the Promissory Note, that the Defendant has been in possession of or at least claimed to have been in possession of? Is this another Colorable Court of Commercial, Military Jurisdiction or is this a Court of Constitutional Judicial Power? Has this case been converted into another Commercial Transaction/Investment Security with a CUSIP even though it was brought under Exclusive Equity Jurisprudence under Divine Energy and Private Trust laws? Judges in the other two cases, as officers of the court, In accordance with Article 6, Section 3 of the Constitution, failed to uphold and defend the Constitution protecting my rights to life, liberty, and pursuit of happiness. They seemed to be more interested in protecting the Banksters than the common folk, Private American Citizens, "We the People…"as though they had some interest and financial gains in the outcome.

Defendant repeatedly failed to carry out its Fiduciary Trustee Duty and has been in Dishonor while I stayed in honor even when I was on my last breath, sort of speak, on September 11, 2025 when I instructed the Defendant to perform an Equitable Conversion by tendering an assignment of credit and transferring the rights and obligations to the Defendant and perform its Fiduciary Duties of Settling and Closing the Account evidence of which has been supplied to this court with the initial filing. Instead, Defendant & co forged ahead with the stealing of my home out of my Private Trust due to its reckless, wanton, willful desire for unjust enrichment.

Defendant and its Attorney tell a very smooth sailing, soothing, victorious story in their Motion to Dismiss filing with their elaborate table with numerous exhibits with all the timelines of when this alleged loan originated, how they were able to connect all the dots so perfectly with their timelines from start-to-finish without any break in their timelines until their successful foreclosure of my home etc. **What they don't tell you is the Truth, the Real Truth, they tell you everything but the Truth.**

First of all, this alleged loan was paid off the moment I rendered my signature on the Promissory Note. The Promissory Note was collateralized and securitized and all the so-called lenders/owners/investors multi-dipping:

- The Federal Reserve Borad of Chicago in its Modern Money Mechanics Publication in the eighties revealed that it is the borrower's signature that creates the funds and that the Promissory Note is deposited and that everyone is paid off with borrower's commercial energy during the initial loan application process.

Defendant & co just simply stole my home out of my Private Trust where I secure my assets in and sold it at a Public Auction on September 16, 2025 when they had zero standing and while committing both legal and equitable fraud. What it boils down to is they have no conscience and that they have no problem lying and stealing and that they will go to extraordinary lengths repeatedly to accomplish their goal of unjust enrichment.

Here is what they don't lay out or reveal in their story - just like millions and millions of Americans, I trusted these so-called Lenders and their Servicers and never questioned what they were putting in front of me other than just putting my signature without examining and scrutinizing everything closely. When I ,first, detected this serious, in your face fraud on October 22, 2025 of the Loan Modification Agreement, I was in total shock and on that same day, I sent this court a notice titled **NOTICE REGARDING MISREPRESENTATION, DECEPTION AND FRAUD BY DEFENDANT SELENE FINANCE LP IN CASE NUMBER 4:25-cv-07833-YGR.** Since then I have also obtained MERS Milestone Report that only confirmed my suspicion. Therefore, as for Fraud can lead to severe penalties, I am in the process of preparing a package with all evidence to involve California Attorney General Rob Bonta to investigate Defendant Selene Finance LP, its Principal U.S. Bank Trust National Association and their Trustee MTC Financial Inc. dba Trustee Corps as my family and I cannot be the only victims of this Fraud and the Crime committed by Defendant & Co. There must be thousands and thousands if not millions Private Americans just like me who must have fallen victim throughout this state and throughout this country and to prevent millions more from falling victims, and this heinous act by Defendant & Co. must be brought to light.

Under Exhibit 8 of Defendant's filing, there is an Exhibit G, which is a copy of my Notice to Trustee Corps after I received an unsigned piece of paper from them in the mail in May of 2023. In that Notice, I stated to Trustee Corps that I had tendered a BOE to discharge this alleged loan even after there were evidence of Defendant not having standing from my initial examination of the assignment of the Deed of Trust and that if they got involved in the stealing of my home, they would also be named as an accomplice. And so, with the documents I am preparing to send to the Attorney General for investigation, I will be sure to include Trustee Corps as well.

**Conclusion**

Defendant's Motion to Dismiss must be denied immediately for the reasons stated above. Further, Equity is the exclusive jurisdiction of private trust, and attempting to continue this proceeding in a court at-law other than in a court of equity is counter to equity. If the Judge and the court elect to proceed, let the record show they have both been noticed of such rights established in the private that by their conduct they are taking on personal liability for any damages sustained by these private rights. Again, the trust in question is not cognizable in a court at law and requires a special court of equity to be handled specially. Therefore, it must be held in a court of special equity to be able to protect the substantive rights. The court must act on its own accord sui sponte because jurisdiction is a threshold issue invoking the proper jurisdiction of private trust.

Dated: November 10, 2025

Respectfully submitted,

Theya Kanagaratnam
Beneficiary
Without Prejudice,
All Rights and Liberties Reserved.

**Certificate Of Service**

A copy of the above filing in the Court of Equity under Exclusive Equity Jurisprudence was placed in the Mail via USPS on November 10, 2025 to the following Party:

**WRIGHT, FINLAY & ZAK, LLP**
**Kathy Shakibi, Esq.,**
**4665 MacArthur Court, Suite 200**
**Newport Beach, CA 92660**

Dated: 11/10/2025

By: Theya Kanagaratnam
Theya Kanagaratnam
Beneficiary
Without Prejudice,
All Rights and Liberties Reserved.

# EXHIBIT A

COPY

# NON-NEGOTIABLE NOTICE OF INQUIRY – Re: Case No. 24CV061740

**Notice Date: Day: Eight Month: Eleven Year: 2025 CE**

Chad Finke, Clerk of Court
Superior Court of California
County of Alameda
1225 Fallon Street
Oakland, California 94612

**Certified Mail#: 9589 0710 5270 1617 5160 11**

**PLEASE TAKE NOTICE** that I, Theya Prakashini Kanagaratnam, a sentient moral being of flesh and blood, a National of the union member state of California, inhabiting my private dwelling within a non-military occupied private area not subject to the jurisdiction of the military municipal "Laws of the United States", process and procedure, serve this Non-Negotiable Notice Of Inquiry attached to you. **Please respond within three (3) days of the receipt of this Notice.**

**PLEASE TAKE NOTICE:** I made a mistake filing this case with Case No. 24CV061740 in this court, not under the proper Exclusive Equity Jurisprudence but under the wrong Jurisdiction, under the colorable law of Commercial Admiralty, Maritime, Military Jurisdiction. Further I later learned, the cases filed under this colorable Commercial, Military Jurisdiction is for the Public Commercial, Legal Entity the Government created using my Birth Certificate bearing the same name as mine often represented by using ALL CAPS while, me, the sentient, moral, being of flesh and blood is being held as the surety for that entity all along.

I, hereby, also invoke equitable tolling doctrine as I was not in possession much of this knowledge previously, and I have only recently come to learn through non-stop, diligent research and study, and still non-stop educating myself day-and-night as we speak as there is no full-disclosure and much of the knowledge is hidden, and this has become more than a full-time job.

Please take notice the court failed me on fateful day as judge Rebekah Evenson (or acting Judge) as an officer of the court, In accordance with Article 6, Section 3 of the Constitution, failed to uphold, preserve, protect and defend the Constitutions of California and the United States of America by denying the TRO. I must have received civilian due process, protecting my rights to life, liberty, and property. As a private American citizen, I was then and am not now subject to the Trading with the Enemy Act as amended by the Emergency Banking Relief Act of 1933. The court/judge must have protected my property and rights under the written constitutions but because, unbeknownst to me at that time, that by default we fall into the colorable Commercial, Military Jurisdiction as soon as we step into court and that I didn't explicitly invoke Exclusive Equity Jurisprudence and the court proceedings weren't conducted under Constitutional Judicial Power.

It was also brought to my attention, to my dismay, that case number Case No. 24CV061740 had a CUSIP Number:

- CUSIP is an indication that this court case was turned into a commercial transaction/investment contract under colorable law and the courts, appear as though privately owned trading companies?
- Is it even ethical for Judges to be presiding over and adjudicating cases when my rights, my freedom, my assets and my life as a whole is in peril?

COPY

- How would I know that the Judge was not protecting her own financial interest or that of some third party under those circumstances as this creates a clear conflict of interest?

I made a mistake filing the above case: therefore. I used my Equitable Right of Rescission and rescinded the case in its entirety. and I repented my sin.

"My son. if you: Have become guarantor for your friend. Have shaken hands in pledge for a stranger. Have been snared by the words of your own mouth. Have been caught by the words of your mouth"

"Do this at once. my son. and deliver yourself. For you have come into the hand of your friend: Go. humble yourself. and urge your friend. Give no sleep to your eyes. Nor slumber to your eyelids. Deliver yourself like a gazelle from the hunter's hand. And like a bird from the hand of the trapper."

"He who is guarantor for a stranger suffers harm. But one who hates shaking hands in a pledge is safe."

Further Black's law dictionary defines "A "**rescission**" amounts to the unmaking of a contract. or an undoing of it from the beginning. and not merely a termination. and it may be effected by mutual agreement of parties. or by **one of the parties declaring rescission of contract without consent of other…**"

If the court had any objection to my exercising my Equitable Right of Rescission in its entirety, it should have responded back to me by now.

**Therefore, as far as I am concerned there is no Case No. 24CV061740.**

I assert my distinct identity outside the Federal Judicial District's scope in the union member state of California. Upholding Article 6 Section 3 of the U.S. Constitution. I recognize the oaths taken by court officers to defend both the Californian and U.S. Constitutions. This oath compels my right of constitutional protection, safeguarding my life. liberty. and property as God-given rights. I am not belligerent nor an enemy of the state/State nor am I bound by the Trading with the Enemy Act. as modified in 1933.

There are still lingering questions by the Public even after the Rescission of this case in its entirety. At this point, there should not be any trace of the existence of this case. **If you have any objections to the Rescission of this case, please respond within 3-days of receiving this notice with your objections so that I can address them accordingly. Otherwise, it will be concluded that there is no Case No. 24CV061740 and that there should not be any such case that is traceable in the public domain.**

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

**Sincerely,**

[signature]

**Theya Prakashini Kanagaratnam**
**c/o 2316 Lakeshore Avenue, 16**
**Oakland, California**

cc: Honorable Rebekah Evenson. Judge. Department 24. Superior Court of California. County of Alameda. 1221 Oak Street. Oakland. California 94612

cc: Superior Court of California. County of Alameda. 1221 Oak Street. Oakland. California

 COPY

# NON-NEGOTIABLE NOTICE OF INQUIRY – Re: Case No. 24-40209

**Notice Date: Day: Eight Month: Eleven Year: 2025 CE**

USPS Certified Mail #:
9589 0710 5270 1617 5160 04

Edward J. Emmons,
Clerk of Court, U.S. Bankruptcy Court,
Northern District of California,
1300 Clay Street, Suite 300
Oakland, California 94612

**PLEASE TAKE NOTICE** that I, Theya Prakashini Kanagaratnam, a sentient moral being of flesh and blood, a National of the union member state of California, inhabiting my private dwelling within a non-military occupied private area not subject to the jurisdiction of the military municipal "Laws of the United States", process and procedure, serve this Non-Negotiable Notice Of Inquiry attached to you. **Please respond within three (3) days of the receipt of this Notice.**

**PLEASE TAKE NOTICE:** I made a mistake filing Chapter 7 in the Bankruptcy Court with case number 24-40209, not under the proper Exclusive Equity Jurisprudence but under the wrong Jurisdiction, under the colorable law of Commercial Admiralty, Maritime, Military Jurisdiction. Further I later learned, Bankruptcy is for the Public Commercial, Legal Entity the Government created using my Birth Certificate bearing the same name as mine often represented by using ALL CAPS while, me, the sentient, moral, being of flesh and blood is being held as the surety for that entity all along.

I, hereby, also invoke equitable tolling doctrine as I was not in possession much of this knowledge previously, and I have only recently come to learn through non-stop, diligent research and study, and still non-stop educating myself day-and-night as we speak as there is no full-disclosure and much of the knowledge is hidden, and this has become more than a full-time job.

It was also brought to my attention that case number 24-40209 had a CUSIP Number:

- CUSIP is an indication that this court case was turned into a commercial transaction/investment contract under colorable law and the courts, appear as though privately owned trading companies?
- Is it even ethical for Judges to be presiding over and adjudicating cases when my rights, my freedom, my assets and my life as a whole is in peril?
- How would I know that the Judge was not protecting his own financial interest or that of some third party under those circumstances as this creates a clear conflict of interest?

I made a mistake filing the above case; therefore, in August 2025, I used my Equitable Right of Rescission and rescinded the case in its entirety, and I repented my sin.

"My son, if you: Have become guarantor for your friend, Have shaken hands in pledge for a stranger, Have been snared by the words of your own mouth, Have been caught by the words of your mouth"

COPY

"Do this at once, my son, and deliver yourself. For you have come into the hand of your friend: Go, humble yourself, and urge your friend. Give no sleep to your eyes, Nor slumber to your eyelids. Deliver yourself like a gazelle from the hunter's hand, And like a bird from the hand of the trapper."

"He who is guarantor for a stranger suffers harm, But one who hates shaking hands in a pledge is safe."

Further Black's law dictionary defines "A "**rescission**" amounts to the unmaking of a contract, or an undoing of it from the beginning, and not merely a termination, and it may be effected by mutual agreement of parties, or by **one of the parties declaring rescission of contract without consent of other**..."

Following the Rescission of the case in its entirety, the court never objected to it or returned anything back to me. Therefore, there should not be any trace of this in the Public. I did not benefit one iota from it as a National of the union member state of California. If the court had any objection, it should have responded back to me but it never did.

Therefore, as far as I am concerned there is no Chapter 7 bankruptcy filing.

I assert my distinct identity outside the Federal Judicial District's scope in the union member state of California. Upholding Article 6 Section 3 of the U.S. Constitution, I recognize the oaths taken by court officers to defend both the Californian and U.S. Constitutions. This oath compels my right of constitutional protection, safeguarding my life, liberty, and property as God-given rights. I am not belligerent nor an enemy of the state/State nor am I bound by the Trading with the Enemy Act, as modified in 1933.

There are still lingering questions by the Public even when there is NO Chapter 7 filing. At this point, there should not be any trace of the existence of this case. If you have any objections, please respond within 3-days of receiving this notice with your objections so that I can address them accordingly. Otherwise, it will be concluded that there is no Chapter 7 Bankruptcy filing with Case No. 24-40209 and there should not be any such a case that is traceable in the public domain.

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

**Sincerely,**

[signature]

**Theya Prakashini Kanagaratnam**
**c/o 2316 Lakeshore Avenue, 16**
**Oakland, California**

cc: Honorable William Lafferty, Judge, U.S. Bankruptcy Court, Northern District of California, 1300 Clay Street, Suite 300 Oakland, California 94612
cc: Paul Mansdorf, Trustee 1569 Solano Ave. #703, Berkeley, California 94707

Proverbs 6 verses 1 through 5, the Scriptures, published by Institute For Scripture Research (PTY) LTD South Africa P.O. Box 1830 Northriding South Africa

Proverb 11 verse 15, the Scriptures, published by Institute For Scripture Research (PTY) LTD South Africa P.O. Box 1830 Northriding South Africa

# EXHIBIT B

MERS® System

**ENVIRONMENT** www.mersonline.org **ORG ID** 1003972

## Milestones For 1000390-3312359019-6

| Description | Date | Initiating Organization / User | | Milestone Information |
|---|---|---|---|---|
| Transfer to Non-MERS Status | 09/01/2022 | 1003972<br>Batch | Nationstar Mortgage LLC | MIN Status: Transfer to Non-MERS Status<br>New Servicer: 9999999 Non-MERS Member<br>OldServicer: 1003972 Nationstar Mortgage LLC |
| Transfer Seasoned Servicing Rights | 03/14/2019 | 1012814<br>Batch | Seterus, Inc | MIN Status: Active (Registered)<br>New Servicer: 1003972 Nationstar Mortgage LLC<br>OldServicer: 1000130 Fannie Mae<br>New Subservicer: None<br>Old Subservicer: 1012814 Seterus, Inc<br>Batch Number: 19036801<br>Sale Date: 02/28/2019<br>Transfer Date: 03/01/2019 |
| MIN Information Update | 04/29/2014 | 1009344<br>Batch | Kyanite Services, Inc. | MIN Status: Active (Registered)<br>New Subservicer: 1012814 Seterus, Inc<br>Old Subservicer: 1009344 Kyanite Services, Inc. |
| Transfer of Flow Servicing Rights | 09/11/2013 | 1000390<br>Batch | Rocket Mortgage, LLC | MIN Status: Active (Registered)<br>New Servicer: 1000130 Fannie Mae<br>OldServicer: 1000390 Rocket Mortgage, LLC<br>New Subservicer: 1009344 Kyanite Services, Inc.<br>Old Subservicer: None<br>Batch Number: 12036841<br>Sale Date: 09/03/2013<br>Transfer Date: 09/03/2013 |
| Transfer Beneficial Rights - Option 1 | 06/13/2013 | 1000130<br>Batch User ID | Fannie Mae | MIN Status: Active (Registered)<br>New Investor: 1000130 Fannie Mae<br>OldInvestor: 1000390 Rocket Mortgage, LLC<br>Batch Number: 11611629<br>Transfer Date: 06/13/2013 |

| | | | | |
|---|---|---|---|---|
| Registration | 05/30/2013 | 1000390<br>Batch | Rocket Mortgage, LLC | MIN Status: Active (Registered) Servicer: 1000390 Rocket Mortgage, LLC |

© 2025 MERSCORP Holdings, Inc. All rights reserved.

# EXHIBIT C

11/15/2022

Screenshot 2022-11-15 at 14-00-04 MERS® ServicerID - Results.png 11/15/2022 5:00 AM PNG File 110 KB

Edit

Screenshot 2022-11-15 at 14-00-04 MERS® ServicerID - Results.png

MERS® ServicerID

3 Records Matched Your Search

Need Help?

MIN: 1000724-0030515032-1 Note Date: 05/06/2004 MIN Status: Inactive

Servicer: Bank of America, N.A. Phone: (800) 669-6607

Simi Valley, CA

If you are a borrower on this loan, you can click here to enter additional information and display the Investor name.

MIN: 1000583-1000055908-0 Note Date: 07/11/2005 MIN Status: Inactive

Servicer: Kyanite Services, Inc. Phone: (866) 570-5277

Beaverton, OR

If you are a borrower on this loan, you can click here to enter additional information and display the Investor name.

MIN: 1000390-3312359019-6 Note Date: 05/24/2013 MIN Status: Inactive

Servicer: Nationstar Mortgage LLC Phone: (888) 480-2432

Coppell, TX

If you are a borrower on this loan, you can click here to enter additional information and display the Investor name.

Return to Search

For more information about Mortgage Electronic Registration Systems, Inc. (MERS) please go to www.mersinc.org

© 2022 MERSCORP Holdings, Inc. All rights reserved.

1906 x 1057 109.5 KB 58%

https://www.mers-servicerid.org/sis/common/results?CSPNonce=47IFWnWd0yHNhevl6GWHHw%3D%3D#

MERS® ServicerID

3 Records Matched Your Search

*Need Help?*

MIN: **1000724-0030515032-1** Note Date: **05/06/2004** MIN Status: **Inactive**

Servicer: Bank of America, N.A. Phone: **(800) 669-6607**

**Simi Valley, CA**

If you are a borrower on this loan, you can click here to enter additional information and display the Investor name.

MIN: **1000583-1000055908-0** Note Date: **07/11/2005** MIN Status: **Inactive**

Servicer: Kyanite Services, Inc. Phone: **(866) 570-5277**

**Beaverton, OR**

If you are a borrower on this loan, you can click here to enter additional information and display the Investor name.

MIN: **1000390-3312359019-6** Note Date: **05/24/2013** MIN Status: **Inactive**

Servicer: Nationstar Mortgage LLC Phone: **(888) 480-2432**

**Coppell, TX**

If you are a borrower on this loan, you can click here to enter additional information and display the Investor name.

Return to Search

Type here to search

6:30 AM
12/29/2022

12/29/2022

MERS® ServicerID

## 3 Records Matched Your Search

MIN: 1000724-0030515032-1 Note Date: 05/06/2004 MIN Status: Inactive
Servicer: Bank of America, N.A. Phone: (800) 669-6607
Simi Valley, CA
If you are a borrower on this loan, you can click here to enter additional information and display the Investor name.

MIN: 1000583-1000055908-0 Note Date: 07/11/2005 MIN Status: Inactive
Servicer: Kyanite Services, Inc. Phone: (866) 570-5277
Beaverton, OR
If you are a borrower on this loan, you can click here to enter additional information and display the Investor name.

MIN: 1000390-3312359019-6 Note Date: 05/24/2013 MIN Status: Inactive
Servicer: Nationstar Mortgage LLC Phone: (888) 480-2432
Coppell, TX
If you are a borrower on this loan, you can click here to enter additional information and display the Investor name.

Return to Search

Neither the Defendant nor its Principal U.S. Bank Trust National Association was ever a Member of MERS as it only lists the prior Servicer when it was terminated and put into Inactive Status per MERS milestone on 09/01/2022

For more information about Mortgage Electronic Registration Systems, Inc. (MERS) please go to www.mersinc.org

© 2023 MERSCORP Holdings, Inc. All rights reserved.

# EXHIBIT D

selene

10/11/2022

THEYA KANAGARATNAM
2316 LAKESHORE AVE 16
OAKLAND, CA 94606

RE: Loan Modification Agreement
Loan#: 2005026956
Property: 2316 LAKESHORE AVE APT 16
OAKLAND, CA 94606

Dear Mortgagor(s):

Enclosed for your records is a copy of the fully executed Loan Modification Agreement.

If we may be of further assistance, please do not hesitate to contact our Customer Service Department toll free at (877) 735-3637.

Sincerely,

Loss Mitigation Department

**Recording Requested By:**
**SELENE FINANCE LP, as attorney in fact for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association**
**And When Recorded Mail To:**
**ServiceLink**
**Attn: Loan Modification Solutions**
**3220 El Camino Real**
**Irvine, CA 92602**

FOR YOUR RECORDS

*[Space Above This Line For Recording Data]*

**Loan No.: 2005026956**
**MIN: 100039033123590196**

**35857**
**Investor Loan No: 2117913**

# LOAN MODIFICATION AGREEMENT
## (Providing for Fixed Interest Rate)

This Loan Modification Agreement ("Agreement"), made this **13th** day of **September, 2022**, between **THEYA KANAGARATNAM, A SINGLE WOMAN** ("Borrower"), **SELENE FINANCE LP, as attorney in fact for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association** ("Lender"), and **Mortgage Electronic Registration Systems, Inc. ("MERS")** ("Beneficiary"), amends and supplements (1) the Mortgage, Deed of Trust, or Security Deed (the "Security Instrument"), dated **May 24, 2013** and in the amount of **$304,200.00** and recorded on **June 19, 2013** in Book, Volume, or Liber No. , at Page (or as Instrument No. **2013215140**) , of the **Official** (Name of Records) Records of **ALAMEDA,CALIFORNIA** (County and State, or other Jurisdiction) and (2) the Note bearing the same date as, and secured by, the Security Instrument, which covers the real and personal property described in the Security Instrument and defined therein as the "Property", located at:

**2316 LAKESHORE AVE APT 16, OAKLAND, CA 94606**
[Property Address]

the real property described being set forth as follows:
**SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF:**


©2008-2021, The Compliance Source, Inc.

*2005026956*

In consideration of the mutual promises and agreements exchanged, the parties hereto agree as follows (notwithstanding anything to the contrary contained in the Note or Security Instrument):

1. As of **October 1, 2022,** the amount payable under the Note and the Security Instrument (the "Unpaid Principal Balance") is U.S. **$289,820.29,** consisting of the unpaid amount(s) loaned to Borrower by Lender plus any interest and other amounts capitalized.

2. Borrower promises to pay the Unpaid Principal Balance, plus interest, to the order of Lender. Interest will be charged on the Unpaid Principal Balance at the yearly rate of **3.990%,** from **October 1, 2022.** Borrower promises to make monthly payments of principal and interest of U.S. **$1,209.47,** beginning on the **1st** day of **November, 2022,** and continuing thereafter on the same day of each succeeding month until principal and interest are paid in full. The yearly rate of **3.990%** will remain in effect until principal and interest are paid in full. If on **October 1, 2062** (the "Maturity Date"), Borrower still owes amounts under the Note and the Security Instrument, as amended by this Agreement, Borrower will pay these amounts in full on the Maturity Date.

3. If all or any part of the Property or any interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by the Security Instrument.

   If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is delivered or mailed within which Borrower must pay all sums secured by the Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by the Security Instrument without further notice or demand on Borrower.

4. Borrower also will comply with all other covenants, agreements, and requirements of the Security Instrument, including without limitation, Borrower's covenants and agreements to make all payments of taxes, insurance premiums, assessments, escrow items, impounds, and all other payments that Borrower is obligated to make under the Security Instrument; however, the following terms and provisions are forever canceled, null and void, as of the date specified in paragraph No. 1 above:

   a) all terms and provisions of the Note and Security Instrument (if any) providing for, implementing, or relating to, any change or adjustment in the rate of interest payable under the Note, including; and

   b) all terms and provisions of any adjustable rate rider, or other instrument or document that is affixed to, wholly or partially incorporated into, or is part of, the Note or Security Instrument and that contains any such terms and provisions as those referred to in (a) above.

5. Borrower understands and agrees that:

   a) All the rights and remedies, stipulations, and conditions contained in the Security Instrument relating to default in the making of payments under the Security Instrument shall also apply to default in the making of the modified payments hereunder.


©2008-2021, The Compliance Source, Inc.

b) All covenants, agreements, stipulations, and conditions in the Note and Security Instrument shall be and remain in full force and effect, except as herein modified, and none of the Borrower's obligations or liabilities under the Note and Security Instrument shall be diminished or released by any provisions hereof, nor shall this Agreement in any way impair, diminish, or affect any of Lender's rights under or remedies on the Note and Security Instrument, whether such rights or remedies arise thereunder or by operation of law. Also, all rights of recourse to which Lender is presently entitled against any property or any other persons in any way obligated for, or liable on, the Note and Security Instrument are expressly reserved by Lender.

c) Nothing in this Agreement shall be understood or construed to be a satisfaction or release in whole or in part of the Note and Security Instrument.

d) All costs and expenses incurred by Lender in connection with this Agreement, including recording fees, title examination, and attorney's fees, shall be paid by the Borrower and shall be secured by the Security Instrument, unless stipulated otherwise by Lender.

e) Borrower agrees to make and execute such other documents or papers as may be necessary or required to effectuate the terms and conditions of this Agreement which, if approved and accepted by Lender, shall bind and inure to the heirs, executors, administrators, and assigns of the Borrower.

f) Borrower authorizes Lender, and Lender's successors and assigns, to share Borrower information including, but not limited to (i) name, address, and telephone number, (ii) Social Security Number, (iii) credit score, (iv) income, (v) payment history, (vi) account balances and activity, including information about any modification or foreclosure relief programs, with Third Parties that can assist Lender and Borrower in obtaining a foreclosure prevention alternative, or otherwise provide support services related to Borrower's loan. For purposes of this section, Third Parties include a counseling agency, state or local Housing Finance Agency or similar entity, any insurer, guarantor, or servicer that insures, guarantees, or services Borrower's loan or any other mortgage loan secured by the Property on which Borrower is obligated, or to any companies that perform support services to them in connection with Borrower's loan.

Borrower consents to being contacted by Lender or Third Parties concerning mortgage assistance relating to Borrower's loan including the trial period plan to modify Borrower's loan, at any telephone number, including mobile telephone number, or email address Borrower has provided to Lender or Third Parties.

By checking this box, Borrower also consents to being contacted by text messaging ☐.

g) "MERS" is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as nominee for Lender and Lender's successors and assigns. **MERS is the (Beneficiary) of record under the Security Instrument and this Agreement.** MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.


**©2008-2021, The Compliance Source, Inc.**

*20050269 56*

6. By this paragraph, Lender is notifying Borrower that any prior waiver by Lender of Borrower's obligation to pay to Lender Funds for any or all Escrow Items is hereby revoked, and Borrower has been advised of the amount needed to fully fund the Escrow Items.

Borrower - THEYA KANAGARATNAM Date: 10 /06/2022

**ACKNOWLEDGMENT**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of CA §
County of Alameda §
§

On 10/6/22 before me Julian Walls, Notary Public personally appeared THEYA KANAGARATNAM who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

JULIAN WALLS
Notary Public - California
Contra Costa County
Commission # 2377467
My Comm. Expires Oct 5, 2025

Notary Public

Julian Walls
Printed Name

(Seal)

My Commission Expires: 10/5/25


©2008-2021, The Compliance Source, Inc.

*20050269566*

ACCEPTED AND AGREED TO BY THE OWNER AND HOLDER OF SAID NOTE
**SELENE FINANCE LP, as attorney in fact for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association**

By: ______________________________ -Lender OCT 11 2022 Date of Lender's Signature
Tonya Higginbotham
Assistant Vice President

**ACKNOWLEDGMENT**

State of Florida §
§
County of Duval §

The foregoing instrument was acknowledged before me by means of ☐ physical presence or ☐ online notarization, this OCT 11 2022 by Tonya Higginbotham, Assistant Vice President of **SELENE FINANCE LP, as attorney in fact for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association**, a **Delaware** limited partnership, on behalf of the limited partnership. He/she is personally known to me or who has produced N/A as identification.

Notary Public State of Florida
Margo A Wise
My Commission GG 364376
Expires 08/08/2023

Signature of Person Taking Acknowledgment
Margo A Wise
Name Typed, Printed or Stamped
Notary
Title or Rank

Serial Number, if any: __________

(Seal) My Commission Expires: __________


**©2008-2021, The Compliance Source, Inc.**

000001-000029-000041-000029 2083349 4595LT01_F

MERS

Tonya Higginbotham
Assistant Secretary

Mortgage Electronic Registration Systems, Inc., as nominee for SELENE FINANCE LP, as attorney in fact for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association, its successors and assigns

**ACKNOWLEDGMENT**

State of Florida §
§
County of Duval §

The foregoing instrument was acknowledged before me by means of ☐ physical presence or ☐ online notarization this OCT 11 2022 by Tonya Higginbotham, Assistant Secretary of **Mortgage Electronic Registration Systems, Inc, as nominee for SELENE FINANCE LP, as attorney in fact for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association, its successors and assigns**, a Delaware corporation, on behalf of the corporation. He/she is personally known to me or who has produced N/A as identification.

Margo A Wise
Signature of Person Taking Acknowledgment

Margo A Wise
Name Typed, Printed or Stamped

Notary
Title and Rank

Notary Public State of Florida
Margo A Wise
My Commission GG 364376
Expires 08/08/2023

Serial Number, if any: ____________

(Seal)

My Commission Expires: ____________

**EXHIBIT A**

**BORROWER(S): THEYA KANAGARATNAM, A SINGLE WOMAN**

**LOAN NUMBER: 2005026956**

**LEGAL DESCRIPTION:**

**STATE OF CALIFORNIA, COUNTY OF ALAMEDA, AND DESCRIBED AS FOLLOWS:**

**TAX ID NUMBER(S): 023-0415-036 LAND SITUATED IN THE CITY OF OAKLAND IN THE COUNTY OF ALAMEDA IN THE STATE OF CA PARCEL ONE: AN UNDIVIDED 4.2% INTEREST AS TENANT IN COMMON IN AND TO TRACT 4135, FILED APRIL 2, 1979, IN BOOK 110, PAGE 5, OF MAPS, ALAMEDA COUNTY RECORDS. EXCEPTING THEREFROM, UNIT 1 TO 16, BUILDING 2316 AND UNITS 1 TO 6, BUILDING 2324, AS SHOWN ON THE CONDOMINIUM PLAN ATTACHED AS EXHIBIT D TO THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS TO TRACT MAP 4135, REFERRED TO IN PARCEL ONE, A CONDOMINIUM PROJECT, RECORDED APRIL 4, 1979, SERIES NO. 79-062227, OFFICIAL RECORDS. ALSO EXCEPTING THEREFROM, EASEMENTS FOR PARKING AREAS AND STORAGE AREAS AS SHOWN ON THE CONDOMINIUM PLAN REFERRED TO IN PARCEL ONE. PARCEL TWO: UNIT 16, BUILDING 2316, AS SHOWN ON SAID CONDOMINIUM PLAN. PARCEL THREE: AN EXCLUSIVE EASEMENT TO USE PARKING AREA NO. P-6, BUILDING 2316, AS SHOWN ON SAID CONDOMINIUM PLAN. PARCEL FOUR: AN EXCLUSIVE EASEMENT TO USE STORAGE SPACE NO. S-16, BUILDING 2316, AS SHOWN ON SAID CONDOMINIUM PLAN. COMMONLY KNOWN AS: 2316 LAKESHORE AVE APT 16, OAKLAND, CA 94606**

**Parcel ID Number: 023-0415-036-00**
**ALSO KNOWN AS: 2316 LAKESHORE AVE APT 16, OAKLAND, CA 94606**


©2008-2021, The Compliance Source, Inc.

*2005026956*

# EXHIBIT E

October 3, 2025

Dear Lakeshore Views Owners:

Thank you to those who took the time to read the letter drafted by the Board in September and to those who came to the September 24th Board Meeting. At that meeting, the Board of Directors officially approved an emergency special assessment to cover the unforeseen expense of completing necessary repairs to the stairways/fire escapes.

The total amount of the special assessment will be $414,000 which will be approximately $18,000 - $20,000 per unit. The spreadsheet on the next page provides a breakdown of how much each unit will pay.

The special assessment lump sum will be due on January 1, 2026, however, if you'd prefer to pay it in four equal payments you may do so. Those payments would start December 1, 2025. This will ensure all assessments are paid in full by March 1, 2026. Any late payments will incur late fees. PLEASE EMAIL JILL@CJMASI.COM TO LET HER KNOW WHICH OPTION YOU CHOOSE BY NOVEMBER 1. THOSE WHO DO NOT RESPOND WILL AUTOMATICALLY BE BILLED THE FULL ASSESSMENT AMOUNT ON JANUARY 1, 2026.

The Board has signed a contract with West Coast Premier Construction, Inc. who you may recall did the earthquake retrofit work. The project is tentatively scheduled to begin mid to late January, 2026. We will have more updates on the project itself as soon as possible pending approval of the City permits.

We understand there will be questions and concerns and your Association Manager is here to assist with answering those and communicating with the Board accordingly. Please don't hesitate to contact her: Jill@cjmasi.com or 925-426-1508 ext. 209.

Sincerely,

Lakeshore Views Board of Directors and Management

| Address | Unit | Percent Allocation | Total Special Assessment | Lump Sum Amount Per Unit |
|---|---|---|---|---|
| 2316 | 1 | 4.65% | $414,000.00 | $19,251.00 |
| 2316 | 2 | 4.57% | $414,000.00 | $18,919.80 |
| 2316 | 3 | 4.57% | $414,000.00 | $18,919.80 |
| 2316 | 4 | 4.65% | $414,000.00 | $19,251.00 |
| 2316 | 5 | 4.57% | $414,000.00 | $18,919.80 |
| 2316 | 6 | 4.57% | $414,000.00 | $18,919.80 |
| 2316 | 7 | 4.65% | $414,000.00 | $19,251.00 |
| 2316 | 8 | 4.57% | $414,000.00 | $18,919.80 |
| 2316 | 9 | 4.57% | $414,000.00 | $18,919.80 |
| 2316 | 10 | 3.97% | $414,000.00 | $16,435.80 |
| 2316 | 11 | 4.13% | $414,000.00 | $17,098.20 |
| 2316 | 12 | 3.97% | $414,000.00 | $16,435.80 |
| 2316 | 13 | 4.41% | $414,000.00 | $18,257.40 |
| 2316 | 14 | 4.41% | $414,000.00 | $18,257.40 |
| 2316 | 15 | 4.41% | $414,000.00 | $18,257.40 |
| 2316 | 16 | 4.41% | $414,000.00 | $18,257.40 |
| 2324 | 1 | 4.85% | $414,000.00 | $20,079.00 |
| 2324 | 2 | 4.85% | $414,000.00 | $20,079.00 |
| 2324 | 3 | 4.73% | $414,000.00 | $19,582.20 |
| 2324 | 4 | 4.77% | $414,000.00 | $19,747.80 |
| 2324 | 5 | 5.01% | $414,000.00 | $20,741.40 |
| 2324 | 6 | 4.77% | $414,000.00 | $19,747.80 |
| | | 100.06% | | $414,248.40 |

Effective October 1st, your Association's banking institution will be changing. As a result, **homeowners who pay assessments via bill pay through their bank or who mail in their payments, will need to update their payment information to ensure continued proper processing.** Please review the payment details below to update your payment settings. Thank you!

**Lakeshore Views Homeowners Association**
Property: RE: 2316 Lakeshore Avenue #16
Account Number: 1062002201
Association Link: https://lakeshoreviews.frontsteps.com/users/sign_in

**Due Date** 11/01/2025 **Amount Due** $2,468.97

| Date | Description | Amount | Balance |
|---|---|---|---|
| | Balance Forward | | $1,226.46 |
| 11/01/2025 | November 2025 - Monthly Special Assessment | $129.80 | $1,356.26 |
| 11/01/2025 | November 2025 - Monthly Special Assessment | $290.75 | $1,647.01 |
| 11/01/2025 | November 2025 - Assessments - A3 | $821.96 | $2,468.97 |

**Amount Due** **$2,468.97**

IMPORTANT UPDATE: The PO Box to mail your payments has changed. Please review the payment options below.

Online Payments: You may either scan the QR code on the statement or visit the "Association Link" listed on the top left of this statement, just below your account number. Please email cjmportalhelp@cjmasi.com for only portal related issues.

Mailing Payments or using your Bank's online BillPay service: Send payments to the address on the remittance stub at the bottom of your statement. Be sure to include the remittance stub with your check or note your HOA account number on the check and make checks payable to: Lakeshore Views Homeowners Association . If you are using Online Bill Pay, please delete your current payment and setup a new payment using the address on the remittance stub. Do not send any type of correspondence with your payment.

kim@cjmasi.com or jordan@cjmasi.com / 925-426-1508.

To ensure proper credit, please detach and return the portion below with payment in the enclosed envelope.

**LAKESHORE VIEWS**
C/O CJM ASSOCIATION SERVICES, INC.
6666 OWENS DRIVE
PLEASANTON , CA 94588

Property: RE: 2316 Lakeshore Avenue #16
Association ID: 53
Account Number: 1062002201

**Due Date** 11/01/2025 **Amount Due** $2,468.97

**Make Check Payable To:**

**LAKESHORE VIEWS**
C/O CJM ASSOCIATION SERVICES, INC.
PO BOX 94864
LAS VEGAS, NV 89193-4864

**HOA Bank Changing 10/1**
**See Enclosed Statement for More!**

THEYA KANAGARATNAM
2316 LAKESHORE AVENUE 16
OAKLAND, CA 94606

1204 000053 0000001062002201 KANAGARATNAM 246897 4

Theya Kanagaratnam
c/o 2316 Lakeshore Avenue, #16
Oakland, California
e-Mail: theyak101@yahoo.com
Phone: 510-356-5776

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Theya Kanagaratnam,<br>Plaintiff,<br>vs.<br>SELENE FINANCE LP<br>Defendant. | Case No. **4:25-cv-07833-YGR**<br><br>NOTICE OF ERRATA<br><br>**Judge: Honorable Yvonne Gonzalez Rogers** |

**Notice Of Errata – Addition to Exhibit A of Original Filing**

To the Honorable Yvonne Gonzalez Rogers:

I, the Plaintiff, Theya Kanagaratnam, a sentient, moral being of flesh and blood, make this Special Appearance to file this Exhibit to be included to the Original **Bill In Equity to Enforce Settlement, Release Lien and Recoupment, Exhibit A** that was filed with this court on September 15, 2025 under Exclusive Equity Jurisprudence. I file this Exhibit in order to make sure to show the flow of when, I, Theya Kanagaratnam, as the Grantor first Transferred my home into a Private Trust, THEYA

KANAGARATNAM FGT as this might be important for this matter, and it was later transferred to the private Vimana FGT Trust as evidenced by **Exhibit A** of the Original Bill In Equity Filing.

I, Theya Kanagaratnam, the Plaintiff verify that the foregoing statements are true to the best of my knowledge, information, and belief.

Dated: November 24, 2025

By: Theya Kanagaratnam
Theya Kanagaratnam
Beneficiary
Without Prejudice,
All Rights and Liberties Reserved.

**Certificate Of Service**

A copy of the above NOTICE in the Court of Equity under Exclusive Equity Jurisprudence was placed in the Mail via USPS on November 24, 2025 to the following Party:

**WRIGHT, FINLAY & ZAK, LLP**
**Kathy Shakibi, Esq.,**
**4665 MacArthur Court, Suite 200**
**Newport Beach, CA 92660**

Dated: 11/24/2025

By: [signature]
Theya Kanagaratnam
Beneficiary
Without Prejudice,
All Rights and Liberties Reserved.

Exhibit

275-214
[Rev. 09/20/13]

PLEASE COMPLETE THIS INFORMATION

RECORDING REQUESTED BY:
Theya Kanagaratnam (Trustee)

**WHEN RECORDED MAIL TO:**

NAME: Theya Kanagaratnam FGT

ADDRESS: c/o 2316 Lakeshore Avenue, Unit 16

CITY/STATE/ZIP: Oakland, California 94606-1055

2024118890 09/27/2024 02:41 PM 5 PGS

OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK, CLERK-RECORDER
RECORDING FEES: $101.00

A03
5 Oak
BL

THIS SPACE FOR RECORDER'S USE ONLY

# DOCUMENT TITLE

GRANT DEED

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION (Govt. Code 27361.6)
(additional recording fee applies)

Recording requested by (name):

Theya Kanagaratnam (Trustee)

When recorded mail to
and mail tax statements to:

Theya Kanagaratnam FGT

c/o 2316 Lakeshore Avenue, Unit 16

Oakland, California 94606-1055

Recorder's Use Only

# GRANT DEED

**Documentary Transfer Tax: $**
**City Transfer Tax: $**
☐ Computed on full value of property conveyed
☐ Computed on full value less liens and encumbrances assumed
City of Oakland ☐ Unincorporated
**If exempt, enter R&T code:** 11930
Explanation: Transferred to Trust

*Signature of Declarant or Agent determining tax*

**Declaration of Exemption From Gov't Code § 27388.1 Fee**
☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
☐ recorded concurrently "in connection with" transfer subject to Documentary Transfer Tax
☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
☐ Fee cap of $225.00 reached ☐ Not related to real property

**Assessor's Parcel No. (APN):**
023-0415-036

For a valuable consideration, receipt of which is hereby acknowledged,

GRANTOR(S) THEYA KANAGARATNAM, A SINGLE WOMAN AS HER SOLE PROPERTY,
(owners who are signing deed)

who hold(s) title as ,
(current owner(s) form of title)

hereby grant(s) to GRANTEE(S) THEYA KANAGARATNAM FGT (Foreign Grantor
(new owners, including current owners if staying on title)

Trust)
(new owners, continued)

as THEYA KANAGARATNAM TTEE
(new owner(s) form of title)

the following real property in the City of Oakland ,

County of Alameda , California (insert legal description):

ATTACHMENT A - LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF BY REFERENCE PLEASE SEE ATTACHED ACKNOWLGEMENT OF SPECIAL GRANT DEED

Date: 09/27/2024

theya: Kanagarathnam
(Signature of declarant)

THEYA KANAGARATNAM
(Print name)

Date:

(Signature of declarant)

(Print name)

## ACKNOWLEDGMENT

A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of Alameda )

On September 27th, 2024 before me, Raymond Kim, Notary Public
(insert name and title of the officer)

personally appeared Theva Kanagaratnam
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

RAYMOND KIM
Notary Public - California
Alameda County
Commission # 2403501
My Comm. Expires May 6, 2026

(Seal)

Signature ____________________

**Attachment A**

**APN: 023-0415-036**
**Property Description:**

Land Situated in the City of Oakland in the County of Alameda in the State of CA

PARCEL ONE:
AN UNDIVIDED 4.2% INTEREST AS TENANT IN COMMON IN AND TO TRACT 4135, FILED APRIL 2, 1979, IN BOOK 110, PAGE 5, OF MAPS, ALAMEDA COUNTY RECORDS.
EXCEPTING THEREFROM, UNIT 1 TO 16, BUILDING 2316 AND UNITS 1 TO 6, BUILDING 2324, AS SHOWN ON THE CONDOMINIUM PLAN ATTACHED AS EXHIBIT D TO THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS TO TRACT MAP 4135, REFERRED TO IN PARCEL ONE, A CONDOMINIUM PROJECT, RECORDED APRIL 4, 1979, SERIES NC. 79-062227, OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM, EASEMENTS FOR PARKING AREAS AND STORAGE AREAS AS SHOWN ON THE CONDOMINIUM PLAN REFERRED TO IN PARCEL ONE.

PARCEL TWO:
UNIT 16, BUILDING 2316, AS SHOWN ON SAID CONDOMINIUM PLAN.

PARCEL THREE:
AN EXCLUSIVE EASEMENT TO USE PARKING AREA NO. P-6, BUILDING 2316, AS SHOWN ON SAID CONDOMINIUM PLAN.

PARCEL FOUR:
AN EXCLUSIVE EASEMENT TO USE STORAGE SPACE NO. S-16, BUILDING 2316, AS SHOWN ON SAID CONDOMINIUM PLAN.
Commonly known as: 2316 Lakeshore Ave Apt 16, Oakland, CA 94606

**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

# ACKNOWLEDGEMENT OF SPECIAL GRANT DEED

I, **Theya Kanagaratnam, TRUSTEE** of the **THEYA KANAGARATNAM FGT (FOREIGN GRANTOR TRUST** with indefeasible title to my land and lawful owner of the landed estate known as **THEYA KANAGARATNAM TTEE** and it's real property and interest, under the seal **THEYA KANAGARATNAM FGT** is recorded as the **grantee** on the **Special Grant Deed** for the real estate described on the attached certified copy of said,deed.

It is my freewill act and deed, to **execute** this acknowledgement of my **acceptance** of the **Special Grant Deed** and lawful ownership of the property under the terms of the deed. I ask that the record on file in the office of register of deeds be updated to show my **acceptance** of the deed, as lawful **owner** of the real estate described therein with all rights reserved.

All of my other real property and interest attached to this real estate is to be immediately returned to me.

Done under my hand and seal of my freewill act and deed.

Theya: Kanagaratnam TTEE

**Theya Kanagaratnam - TRUSTEE**

"Without Recourse"

This is to certify that this is a true copy of the document on file in this office.

ATTEST: SEP 27 2024

Melissa Wilk
COUNTY RECORDER
ALAMEDA COUNTY, CALIFORNIA

5 Lakeshore Avenue, #16
l, California

RECEIVED
NOV 24 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. 4:25-cv-07833-YGR

Hon. Judge Yvonne Gonzalez
Rogers