WRIGHT, FINLAY & ZAK, LLP
Kathy Shakibi, Esq., SBN 237182
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Tel: (949) 477-5050 ext 1016
Email: kshakibi@wrightlegal.net

Attorneys for Defendant,
Selene Finance LP
erroneously named herein as
Selene Finance

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND COURTHOUSE**

| | |
|---|---|
| THEYA KANAGARATNAM,<br><br>Plaintiff,<br><br>vs.<br><br>SELENE FINANCE,<br><br>Defendant. | Case No.: **4:25CV7833**<br><br>*Assigned to Hon. Yvonne Gonzalez Rogers*<br><br>~~*[PROPOSED]*~~ **JUDGMENT FOLLOWING ORDER GRANTING SELENE FINANCE'S MOTION TO DISMISS** |

The Court entered an Order **DISMISSING** the Complaint of Plaintiff, Theya Kanagaratnam, **WITH PREJUDICE** based on issue preclusion, on January 13, 2026. Judgment is accordingly entered in favor of defendant, Selene Finance LP, erroneously named herein as, Selene Finance, and against the Plaintiff.

**IT IS SO ORDERED.**

Dated: March 12, 2026

Hon. Yvonne Gonzalez Rogers
United States District Judge