UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**THEYA KANAGARATNAM,**

Plaintiff,

vs.

**SELENE FINANCE,**

Defendants.

Case No.: 4:25-cv-07833-YGR

**ORDER NOT TO FILE ADDITIONAL MOTIONS**

Re.: Dkt. Nos. 25, 26, 27, 28, 29, 30

Pending before the Court are six motions for miscellaneous relief filed by *pro se* plaintiff Theya Kanagaratnam (Dkt. Nos. 25, 26, 27, 28, 29, 30). This case is closed. Therefore, the Court hereby **ORDERS** that neither party may file additional motions in this matter. The Court will deny any motion filed in violation of this order *sua sponte*.

The Court warns plaintiff that should she continue to file documents in this case, the Court will automatically revoke her electronic filing rights with respect to this case and direct the clerk of court to no longer accept filings from plaintiff in this matter. The ability to file electronically is not a right.

**IT IS SO ORDERED.**

Dated: May 26, 2026

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California